UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOSE NATIVIDAD ALFEREZ NUNEZ,

Petitioner,

v.

CHRISTOPHER LAROSE, Otay Mesa Detention Ctr., et al.,

Respondents.

Case No.: 26-cv-6465-BJC-AHG

**ORDER SETTING BRIEFING SCHEDULE**

**[ECF No. 1]**

The Court adopts the Standard Procedures for this Immigration Habeas Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated: November 13, 2026

Honorable Benjamin J. Cheeks
United States District Judge